UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIJANE MADER,<br><br>   Plaintiff,<br><br> v.<br><br>TRANS UNION, LLC,<br><br>   Defendant. | Case No. 1:21-cv-00925-NONE-BAM<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT TRANS UNION, LLC**<br><br>(Doc. 12) |

  Currently before the Court is a motion to withdraw Eileen T. Booth as counsel of record for Defendant Trans Union, LLC. (Doc. 12.)  Although entitled a motion to withdraw, the motion is in effect a notice of withdrawal and no noticed motion is required as Defendant continues to be represented in this matter by other counsel of record.  *See* Local Rule 182(d).

  Accordingly, for good cause appearing, IT IS HEREBY ORDERED that counsel Eileen T. Booth is WITHDRAWN as counsel for record in this case.  The Clerk of Court is directed to terminate Eileen T. Booth as counsel for Defendant in the above-captioned matter.

IT IS SO ORDERED.

 Dated:  **August 23, 2021**      /s/ *Barbara A. McAuliffe*
                  UNITED STATES MAGISTRATE JUDGE